## IN THE UNITED STATES DISTRICT COIURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois corporation, *a/s/o* Julie Aldridge, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )  Case No.: 2:25-cv-02691 |
| SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, | )<br>)<br>) |
| Defendant. | ) |

### CORPORATE DISCLOSURE STATEMENT

Defendant Samsung Electronics America, Inc. ("SEA"), pursuant to Federal Rule of Civil Procedure 7.1, furnishes the following corporate disclosure statement:

1. SEA is a privately held corporation.

2. SEA is wholly owned by its parent corporation, Samsung Electronics Co., Ltd. ("SEC").

3. No publicly held corporation owns 10% or more of SEC's stock.

4. SEA is a citizen of the states of New York, where it is incorporated; and New Jersey, where its principal place of business is located.

Respectfully submitted,

By: */s/Theodore A. Kardis*
Theodore A. Kardis, KS #21052
Lauren Lindell, KS #29945
Wilson Elser Moskowitz Edelman & Dicker LLP
7777 Bonhomme Ave Suite 1900
St. Louis, MO 63105
314-930-2860
314-930-2861 (fax)
Theodore.Kardis@wilsonelser.com
Lauren.Lindell@wilsonelser.com
***Attorneys for Defendant Samsung Electronics America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2025, a true and correct copy of the above and foregoing Notice of Removal was electronically filed with the Clerk of the United States District Court for the District of Kansas, and a copy served via emailed directly to counsel as listed below:

Jennifer A. Poynter
6025 S. Quebec St., Ste. 190
Centennial, CO 80111
jennifer@poynterlawllc.com
*Attorney for Plaintiff*

/s/*Theodore A. Kardis*
Theodore A. Kardis