# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS AMERICA, INC., )<br>a foreign corporation, )<br>)<br>Defendant. ) | Case No.: 2:25-cv-02691 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Allstate Vehicle and Property Insurance Company files this Corporate Disclosure Statement.  Allstate Vehicle and Property Insurance Company is a wholly owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company.  Allstate Insurance Company is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.  Allstate Insurance Holdings, LLC is a wholly owned subsidiary of The Allstate Corporation, which is a Delaware corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly held entity owns 10% or more of the stock of The Allstate Corporation.

Respectfully submitted this 26th day of November, 2025.

POYNTER LAW LLC

/s/ Jennifer A. Poynter
Jennifer A. Poynter, No. 24355
6025 S. Quebec St., Ste. 190
Centennial, CO 80111
(303) 991-2229
jennifer@poynterlawllc.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of November, 2025, a true and correct copy of the foregoing was filed by electronic filing and was served on the following parties as specified:

Theodore Anthony Kardis
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
7777 Bonhomme Ave., Ste. 1900
Clayton, MO 63105
(314) 930-2860
theodore.kardis@wilsonelser.com
*Attorney for Defendant*

                                                */s/ Shemaiah Brown*